**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Clifford A. Miller<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:21-BK-01491-HWV<br><br>**Matter:** Motion to Reconsider Order |

### DEBTOR(S)' MOTION TO RECONSIDER ORDER

AND NOW, come the Debtor(s), Clifford A. Miller, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reconsider Order and aver as follows:

1. Debtor(s) filed a Chapter 13 Petition on or about June 30, 2021.

2. On or about October 6, 2021, Consumer Portfolio Services, Inc. filed a Motion for Relief from the Automatic Stay for Debtor(s)' failure to remit post-petition payments (hereinafter "Motion").

3. An Order was entered on October 22, 2021 granting the Motion allowing Consumer Portfolio Services, Inc. relief from the automatic stay.

4. Debtor(s) have contacted counsel indicating their wish to bring their account current per stipulation terms agreeable to the parties.

WHEREFORE, Debtor(s) respectfully requests this Court to vacate the Order granting Consumer Portfolio Services, Inc. relief from the automatic stay.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: October 25, 2021

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

Clifford A. Miller
**Debtor 1**

**Chapter** 13

**Case No.** 1:21-BK-01491-HWV

**Matter:** Motion to Reconsider Order

## ORDER OF COURT

UPON CONSIDERATION of the Debtor's Motion to Reconsider Order, IT IS ORDERED that the Court's Order of October 22, 2021 IS HEREBY RESCINDED and the automatic stay is reinstated with regard to Consumer Portfolio Services. IT IS FURTHER ORDERED that the parties shall enter into a stipulation that is agreeable to the parties within 30 days of the date of this Order.